AVIS v. INSURANCE CO.

No. 110 PC.

Case below: 16 N.C. App. 588.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 18 January 1973.

DAVENPORT v. INDEMNITY CO.

No. 118 PC.

Case below: 16 N.C. App. 572.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 18 January 1973.

ELECTRIC SERVICE v. GRANGER

No. 4.

Case below: 16 N.C. App. 427.

Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 2 January 1973.

IN RE HOLLAND

No. 93 PC.

Case below: 16 N.C. App. 398.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 January 1973.

IN RE REDDY

No. 104 PC.

Case below: 16 N.C. App. 520.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 January 1973. Appeal dismissed 2 January 1973.